UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DARREY HART, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:10-CV-1549-JCH |
| ) | |
| ST. FRANCOIS COUNTY JAIL, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

This matter is before the Court upon its own motion. Plaintiff, a prisoner, has submitted a motion to proceed in forma pauperis. However, plaintiff has failed to file a certified copy of his prison account statement as required by 28 U.S.C. § 1915(a). As a result, the Court will order plaintiff to submit a certified copy of his prison account statement within thirty days of the date of this Order. If plaintiff fails to comply with this Order, this action will be dismissed without prejudice.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff shall submit a certified copy of his prison account statement within thirty (30) days of the date of this Order.

**IT IS FURTHER ORDERED** that if plaintiff fails to comply with this Order, this action will be dismissed without prejudice.

Dated this 27th day of August, 2010.

/s/ Jean C. Hamiton

JEAN C. HAMILTON
UNITED STATES DISTRICT JUDGE