# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| DARREY HART, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | No. 4:10CV1549 JCH |
| ST. FRANCOIS COUNTY JAIL, et al.,, | ) ) ) | |
| Defendants. | ) | |

## ORDER

This matter is before the Court upon its own motion. Plaintiff has submitted an incomplete complaint. The Court is aware, however, that the Clerk's office mailed several incomplete complaints to prisoners recently. As a result, the Court will order plaintiff to submit an amended complaint that states the facts on which his claims are based.

Additionally, plaintiff has been unable to obtain an account statement from the St. Francois County Jail. Plaintiff should continue to try to get a copy of his account statement so that the Court can calculate an initial partial filing fee.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk shall mail to plaintiff a copy of the Court's form Prisoner Civil Rights Complaint Under 42 U.S.C. § 1983.

**IT IS FURTHER ORDERED** that plaintiff shall complete the complaint and return it to the Court within thirty (30) days of the date of this Order.

**IT IS FURTHER ORDERED** that if plaintiff fails to comply with this Order, the complaint will be dismissed for failure to prosecute.

Dated this <u>2nd</u> day of September, 2010.

<u>/s/ Jean C. Hamilton</u>
JEAN C. HAMILTON
UNITED STATES DISTRICT JUDGE